IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US Bank National Association, as Trustee for SG Mortgage Securities Trust 2006-FRE2<br>    c/o ATLANTIC LAW GROUP, LLC<br><br>        *Plaintiff*<br><br>v.<br><br>Esther Steward<br><br>Karim Steward<br><br>United States of America<br>    United States Attorney<br>    for the District of Columbia<br>    c/o Civil Process Clerk<br><br>    Office of the Attorney General<br><br>        *Defendants* | <br><br><br><br><br><br><br><br>Civil Action. No.<br><br>**NOTICE OF REMOVAL** |

YOU ARE HEREBY NOTIFIED that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, the Defendants, Esther Steward and Karim Steward (hereafter Defendants Steward), hereby file this Notice of Removal of the above-captioned action from the Superior court of the District of Columbia, Case No. 201 CA 008037 R(RP), to the United States District Court for the District of Columbia, on the following grounds:

### I. STATEMENT OF COMMENCEMENT OF ACTION

The above-captioned action was commenced by the Plaintiffs by the filling of Summonses and a Complaint with the Clerk of the Court for the Civil Division for the Superior Court of the District of Columbia on October 20, 2015, with subsequent

service upon Karim Steward on or about November 2, 2015. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed.

## II. PLEADINGS AND NOTICE TO SUPERIOR COURT

A true and correct copy of al process, pleadings, and orders served upon the Defendants are attached as Exhibit 1, and are being filed along with this Notice of Removal. Pursuant to 28 U.S.C. § 1446(d), written notice of this removal is being served on the Plaintiffs, and is being filed with the Clerk of the Court for the Superior Court of the District of Columbia.

## III. STATEMENT OF STATUTORY BASIS FOR JURISDICTION

This action is within the original jurisdiction of the United States Dostrict Court pursuant to 28 U.S.C. § 1332(a). This statute provides, in pertinent part, that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceed the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States." 28 U.S.C. § 1332(a)(1). Additionally, pursuant to 28 USCS § 2410, for purposes of protecting the government's interest in a tax lien, the United States may be named as a defendant in "any civil action or suit in any district court… having jurisdiction of the subject matter… to foreclose a mortgage or other lien upon" 28 U.S.C. § 2410(a)(2).

## IV. CITIZENSHIP OF THE PARTIES

There is complete diversity of citizenship between the Plaintiffs and the Defendants. Upon information and belief, the Plaintiffs are citizens of Ohio since that is the location of their corporate headquarters as reported to the Federal Deposit Insurance Corporation (FDIC). See Exhibit 2. Defendant Esther Steward is a

residents of the state of Maryland.  Defendant Karim Steward is a resident of the District of Columbia.  Defendant, United States, can be sued in either state or federal court for the purposes of protecting the government's interest in a tax lien. 28 U.S.C. § 2410(a)(2).  Therefore, there is complete diversity of citizenship among the parties.

## V. AMOUNT IN CONTROVERSY

The Plaintiffs seek judicial foreclosure of the property located at 715 S Street NW, Washington, DC  20001, in order to satisfy a purported default on a mortgage taken against the property.  The Plaintiffs assert that the Defendants Steward owe $1,101,420.30 in principle, interest, and fees. (Pls. Compl. at ¶19).  Therefore, the amount in controversy exceeds $75,000, exclusive of interes and costs, and this jurisdictional requirement is satisfied.[1]

## CONCLUSION

WHEREFORE, the Defendants Steward, hereby remove this matter from the Superior Court of the District of Columbia, to the United States District Court for the District of Columbia, based on diversity jurisdiction.

    ESTHER STEWARD, KARIM STEWARD

    By: /s/ Patrick C. Horrell
        Patrick C. Horrell
        Unified Bar No. 996974
        Rosenau LLP
        1801 18th Street NW, Suite 9
        Washington, DC 20009
        Patrick.Horrell@rosenaulaw.com

---

[1] Defendants Steward expressly reserve the right to challenge the Plaintiffs' entitlement to damages and the amount of damages on all available grounds.

(o) 202-387-8680
(f) 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

## CERTIFICATE OF SERVICE

I, Patrick Horrell, hereby certify that on this 21st day of November, I caused a true and correct copy of the foregoing *Defendants Esther Steward And Karim Steward's Notice Of Filing For Removal In Federal Court* was delivered via Certified Mail with Return Receipt Requested to:

Devon Cipperly
Patrick M.A. Decker
Atlantic Law Group
1602 Village Market Blvd. SE, Suite 310
Leesburg, VA 20175

/s/ Patrick C. Horrell
Patrick C. Horrell, Esq.